**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2413**

---

NANCY LEE BOGART,

                              Plaintiff - Appellant,

        versus

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-99-632-A)

---

Submitted: March 6, 2001          Decided: March 19, 2001

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nancy Lee Bogart, Appellant Pro Se. Sharon Maria Fugett, UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nancy Lee Bogart appeals the district court's order granting the Commissioner's motion for summary judgment in Bogart's appeal from the denial of Social Security disability benefits.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Bogart v. Commissioner of Social Security</u>, No. CA-99-632-A (E.D. Va. Oct. 2, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2